UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-74-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BRANDON SALTERS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion following receipt of Defendant's "Motion for a Sentence Review." (Doc. No. 60). The Court hereby orders the Government to respond to Defendant's motion.

**IT IS HEREBY ORDERED** that the Government shall have twenty days from entry of this Order in which to respond to the assertions made in Defendant's motion.

Signed: February 25, 2021

Max O. Cogburn Jr.
United States District Judge

1